# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**LETICIA MORALES, etc.,**

     **Plaintiff,**

**v.**                                        **Case No.  8:10-cv-733-T-30TGW**

**ZENITH INSURANCE COMPANY,**

     **Defendant.**

_____/

## <u>ORDER</u>

THIS CAUSE comes before the Court upon this Court's Summary Judgment Order (Dkt. 121), and Plaintiff's Response (Dkt. 123) to that Order.  On January 17, 2012, this Court granted Defendant's Motion for Summary Judgment on Plaintiff's breach of contract cause of action.  In that Order, the Court noted that it appeared that Defendant was also entitled to summary judgment on Plaintiff's common law bad faith claim given this Court's conclusion that the insurance contract did not afford coverage.  Nonetheless, as the parties did not explicitly brief this bad faith claim, the Court gave Plaintiff fourteen (14) days from the date of its Order to file a response discussing why final summary judgment in favor of Defendant on all counts should not be issued.

Plaintiff has now filed a Response (Dkt. 123) to this Court's Order in which Plaintiff concedes that Plaintiff is unable to state a claim for common law bad faith, given the Court's ruling of no coverage.

It is therefore **ORDERED AND ADJUDGED** that:

1.      The Court hereby enters final summary judgment on all counts in favor of Defendant Zenith Insurance Company and against Plaintiff Leticia Morales.

2.      The Clerk is directed to deny any pending motions as moot, and to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 3, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-733-RSJ.frm