**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LETICIA MORALES, etc.,**

    **Plaintiff(s),**

v.                                               Case No.  8:10-cv-733-T-30TGW

**ZENITH INSURANCE COMPANY,**

    **Defendant(s).**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Reconsideration (Dkt. 126), and Defendant's Memorandum in Opposition (Dkt. 130).

This Court recently granted summary judgment in favor of Defendant and against Plaintiffs on all counts (*see* Dkts. 121 & 124).  The sole basis for the Court's decision was its conclusion that a workers' compensation policy exclusion contained in the relevant insurance policy functioned to bar coverage for Plaintiffs' claims.  In its Motion for Reconsideration, Plaintiffs argue that this exclusion should not apply, reiterating their arguments presented on summary judgment.  As this Court has already extensively analyzed, and rejected, these arguments, it is appropriate to deny Plaintiffs' Motion for Reconsideration.

It is therefore **ORDERED AND ADJUDGED** that Plaintiffs' Motion for Reconsideration (Dkt. 126) is hereby DENIED.

**DONE** and **ORDERED** in Tampa, Florida on March 6, 2012.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-733.r.126.frm