**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LETICIA MORALES, Individually and as Personal Representative of the ESTATE of SANTANA MORALES, JR., Deceased, as parent and natural guardian of Stephanie Morales and Rudy Morales, minors, as legal Guardian for Santana Morales, III, and Marciela Morales, Individually,

CASE NO.: 8:10-cv-733-T-30TGW

Plaintiffs,
vs.

ZENITH INSURANCE COMPANY,

Defendant.
____________________________________/

**NOTICE OF APPEAL**

Notice is hereby given that **LETICIA MORALES, INDIVIDUALLY and as PERSONAL REPRESENTATIVE of the ESTATE of SANTANA MORALES, JR., DECEASED, as PARENT and NATURAL GUARDIAN of STEPHANIE MORALES and RUDY MORALES, MINORS, as LEGAL GUARDIAN for SANTANA MORALES, III, and MARCIELA MORALES, INDIVIDUALLY**, Plaintiffs in the above named case, hereby Appeal to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Final Summary Judgment in the Defendant's favor (Dkt. 121), the Final Judgment entered in this action on February 3, 2012 in favor of the Defendant, **THE ZENITH INSURANCE COMPANY** (Dkt. 124, 125), and this Court's subsequent Order denying Plaintiffs' Motion for Reconsideration dated March 6, 2012. (Dkt. 133).

Notice is hereby given that **LETICIA MORALES, INDIVIDUALLY and as PERSONAL REPRESENTATIVE of the ESTATE of SANTANA MORALES, JR.,**

**DECEASED, as PARENT and NATURAL GUARDIAN of STEPHANIE MORALES and RUDY MORALES, MINORS, as LEGAL GUARDIAN for SANTANA MORALES, III, and MARCIELA MORALES, INDIVIDUALLY**, Plaintiffs in the above named case, hereby give their notice of filing of the original check number #24457 in the amount of $455.00 for the filing fee.

Respectfully submitted,

/s/LEE D. GUNN, IV, ESQ.
LEE D. GUNN, IV, ESQ.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 2, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: I. William Spivey, Esq., Greenberg Traurig, P.A., 450 South Orange Avenue, Suite #650, Orlando, FL 32801 spiveyw@gtlaw.com;
Richard S. Maselli, Esq., Ogden & Sullivan, P.A., 113 South Armenia Avenue, Tampa, FL 33609-3307 rmaselli@ogdensullivan.com

**I FURTHER CERTIFY** that I mailed the foregoing document and the notice of electronic filing by U.S. Mail to the following non-CM/ECF participants: None

/s/LEE D. GUNN, IV, ESQ.
LEE D. GUNN IV, ESQ.
Florida Bar No.: 367192
lgunn@gunnlawgroup.com
GUNN LAW GROUP, P.A.
400 North Ashley Drive, Suite 2050
Tampa, FL 33602
(813) 228-7070 TELEPHONE
(813) 228-9400 FACSIMILE
Counsel for Plaintiffs