# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**LETICIA MORALES,**

    **Plaintiff,**

**v.**                 Case No.  8:10-cv-733-T-30TGW

**ZENITH INSURANCE COMPANY,**

    **Defendant.**

_____/

## **ORDER**

    THIS CAUSE comes before the Court upon Defendant Zenith Insurance Company's Second Amended Proposed Bill of Costs (Dkt. # 134), and affidavit in support of same (Dkt. #135).  The Court concludes that Defendant is entitled to recover all costs contained in its Proposed Bill of Costs (Dkt. # 134).

    It is therefore **ORDERED AND ADJUDGED** that the Clerk is directed to enter a **BILL OF COSTS** against Plaintiff and in favor of Defendant Zenith Insurance Company in the amount of $10, 800.80 for taxable costs.

    **DONE** and **ORDERED** in Tampa, Florida on May 31, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-733.boc.frm