**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LETICIA MORALES,

    Plaintiff,

v.                                              Case No: 8:10-cv-733-T-30TGW

ZENITH INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #153) and Defendant's Acknowledgement that the Parties are Responsible for Their Respective Attorneys' Fees and Costs (Dkt. #154). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of February, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record